FRED A. GAMBOLD, as Executor, etc., of CHARLES S. LAMPHEAR, Deceased, Respondent, v. GEORGE W. MacLEAN and ERNEST C. COLTER, as Surviving Executors, etc., of KATHERINE L. MacLEAN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

GRAND CENTRAL MARKET, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order modified by reversing the denial of plaintiff's motion so far as it prays for the setting aside of so much of the original third party order as directs payment of moneys by the trust company to the sheriff on account of the execution, and motion granted, to that extent, without costs. The award of thirty dollars costs in the third party proceeding appears, however, to have been authorized. In the absence of any explanation of the delay in payment of the judgment after such payment had been recommended by the corporation counsel, the judgment creditor was justified in instituting the third party proceeding. That it did not result in the discovery of property applicable to the execution did not affect the right of the court to allow costs to the judgment creditor (Civ. Prac. Act, § 804), but the costs should be paid by the judgment debtor not by the third party. As so modified the order appealed from is affirmed, without costs. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur. Settle order upon notice.

BENJAMIN GRATZ and ANDERSON GRATZ, Doing Business under the Firm Name of WARREN, JONES & GRATZ, Respondents, v. M. M. GRAVES Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. Although the rule in the First and Second Departments differs as to the character of proof required to show that the defendant is a foreign corporation on an application for a writ of attachment, yet, in the interest of uniformity between the two Departments, we have concluded to adopt the rule of the First Department expressed in *Stiner* v. *Tennessee Copper Co., No. 1* (176 App. Div. 209). Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

PETER HARTMAN, an Infant, by ADAM HITTER, His Guardian ad Litem, Respondent, v. MAX GOTTLIEB, Appellant.— Judgment and order unanimously affirmed, pursuant to section 106 of the Civil Practice Act, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

LOUIS HIRSCH, Appellant, v. ADOLPH SPITZER and Others, Respondents.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

KINGS POST REALTY COMPANY, INC., Respondent, v. EDWARD N. BREITUNG and CHARLES F. BREITUNG, Appellants, Impleaded with MOSES B. RADUS, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.